# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Purchased/Filed: September 21, 2018
Index # 1:18-cv-05325-ARR-RER

*SALVADOR SANCHEZ ARCE, INDIVIDUALLY AND ON BEHALF OF OTHERS SIMILARLY SITUATED*   Plaintiff

against

*CAFE ON CRESCENT, INC. (D/B/A PACKARD CAFE & GRILL), ET ANO*   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

____James Perone____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____October 2, 2018____, at __11:45 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH CORPORATE NOTICE

on

____CAFE ON CRESCENT, INC. D/B/A PACKARD CAFE & GRILL____, the Defendant in this action, by delivering to and leaving with ____Nancy Dougherty____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__ Approx. Wt: __130lbs__ Approx. Ht: __5'3"__
Color of skin: __White__ Hair color: __Black__ Sex: __Female__ Other: _____

Sworn to before me on this
__2nd__ day of October 2018

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
**Attny's File No.**
Invoice•Work Order # S1812341

*SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201*